IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| KONINEDOU FONTA WALKER § § | | PLAINTIFF |
| v. § § | CIVIL NO.: 1:12cv301-HSO-RHW | |
| FFVA MUTUAL INSURANCE § COMPANY, JAMES B. DONAGHEY, § INC., STATE FARM INSURANCE § COMPANY, QBE INSURANCE § COMPANY, AND BRADLEY § SANDERS § | | DEFENDANTS |

**FINAL JUDGMENT**

This matter came on to be heard upon the Motion to Dismiss [96] filed by Defendant State Farm Insurance Company.  The Court, consistent with its prior Order [92] dismissing with prejudice Plaintiff's claims against Defendants FFVA Mutual Insurance Company, James B. Donaghey, Inc., and Bradley Sanders, and after considering the pleadings on file, the record, and relevant legal authorities, finds that in accordance with its Memorandum Opinion and Order [107] entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is fully and finally dismissed with prejudice as to Defendants FFVA Mutual Insurance Company, James B. Donaghey, Inc., and Bradley Sanders, and without prejudice as to Defendant State Farm Insurance Company.

**SO ORDERED AND ADJUDGED**, this the 13th day of June, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE